## STATE v. AMBLER GARRIS.

(Filed 23 September, 1953.)

APPEAL by defendant from *Parker, J.,* January Term, 1953, of EDGE-COMBE.

Criminal prosecution tried upon an indictment charging the defendant with a felonious assault on one James Bradley with a deadly weapon, to wit: a knife, with intent to kill, inflicting serious injuries, not resulting in death.

There was a verdict of guilty as charged.

Judgment: Imprisonment in the State's prison for a term of not less than three nor more than five years.

Defendant appeals, assigning error.

*Attorney-General McMullan and Assistant Attorney-General Love for the State.*
*Fountain, Fountain & Bridgers for appellant.*

PER CURIAM. We have carefully considered the exceptions presented on this appeal and do not find any of sufficient merit to justify interference with the results of the trial. The State offered ample evidence to support the verdict, and in law there is

No error.